UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.  Case No. 11-cr-104-01-SM

Maria Rubio

O R D E R

Defendant Rubio's motion to continue the final pretrial conference and trial is granted (document 10). Trial has been rescheduled for the January 2012 trial period. Defendant Rubio shall file a waiver of speedy trial rights not later than November 7, 2011. On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for January 6, 2012 at 3:30 p.m .

Jury selection will take place on January 18, 2012 at 9:30 a.m.


SO ORDERED.

                                                    _____
                                                    Steven J. McAuliffe
                                                    Chief Judge

October 27, 2011

cc:    Jonathan Saxe, Esq.
       Alfred Rubega, AUSA
       US Probation
       US Marshal